## In re NEATHERLIN HOMES, INC.

### No. 10–03–391–CV.

Court of Appeals of Texas,
Waco.

Feb. 11, 2004.

Theodore J. Riney, Catherine C. Kays, Geary, Porter & Donovan, P.C., Dallas, for relator.

Timothy C. Anderson, Austin, for interested party.

Before Chief Justice GRAY, Justice BILL VANCE, and Justice REYNA.

### OPINION

BILL VANCE, Justice.

Claude Nealy sued Neatherlin Homes over defects in a home he purchased. The retail installment contract contained an arbitration provision. Neatherlin Homes moved to compel arbitration "under the Civil Practice and Remedies Code," *i.e.,* the Texas Arbitration Act. TEX. CIV. PRAC. & REM. CODE ANN. Ch. 171 (Vernon Supp. 2004). The court denied the motion.[1]

ANN. § 171.098 (Vernon Supp. 2004). However, "[a] party denied the right to arbitrate under the Federal Arbitration Act by a state court has no adequate remedy by appeal and is entitled to mandamus relief to correct a clear abuse of discretion." *In re L & L Kempwood Assoc., L.P.,* 9 S.W.3d 125, 128 (Tex. 1999).

Neatherlin Homes petitioned us for a writ of mandamus, citing the Federal Arbitration Act ("FAA"). 9 U.S.C.A. §§ 1–16 (West 1999). Because Neatherlin Homes did not "invoke" the FAA or raise its applicability in the trial court, we deny the petition. *In re L & L Kempwood Assoc., L.P.*, 9 S.W.3d 125, 127 (Tex. 1999) (invoking the FAA); *In re American Optical Corp.*, 988 S.W.2d 711, 714 (Tex. 1998) (raising argument in trial court).